**GOODWIN | PROCTER**

William P Weintraub
212.813.8839
WWeintraub@goodwinprocter.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/04/2016

February 3, 2016

**VIA ECF FILING**
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10004

SO ORDERED.

*/s/ Jesse M. Furman*
Jesse M. Furman
United States District Judge
February 4, 2016

14-MD-2543 (JMF)

Re:   *In re Motors Liquidation Co., et al.* **(Case No. 16-cv-00501-JMF)** -
      <u>Adams Plaintiffs' Response to Order to Show Cause Entered on January 27, 2016</u>

Dear Judge Furman:

The undersigned counsel represents the Adams Plaintiffs, who are the appellants in *In re Motors Liquidation Co., et al.*, (Case No. 16-cv-00501-JMF) (the "**Appeal**"),[1] an appeal from the Bankruptcy Court's *Judgment*, dated December 4, 2015 (Bankr. ECF No. 13563) (the "**Judgment**") and *Decision on Imputation, Punitive Damages, and Other No-Strike and No-Dismissal Pleadings Issues*, dated November 9, 2015 (Bankr. ECF No. 13533) (the "**Decision**").

The Adams Plaintiffs are in receipt of the Court's January 27, 2016 Order to Show Cause [Appeal ECF No. 5], in which the Court stayed a similar appeal by the Ignition Switch Plaintiffs from the Decision and Judgment pending rulings on the "Independent Claims" issue currently before the Second Circuit. Given the Court's inclination to stay this Appeal as well, the Adams Plaintiffs agree to defer activity in the Appeal and to have the Appeal track the same schedule as the other appeals from the Judgment and Decision.

*Respectfully submitted,*

*/s/ William P. Weintraub*
*William P. Weintraub*

---

[1] The Adams Plaintiffs and the Post-Closing Ignition Switch Accident Plaintiffs jointly filed a notice of appeal from the Decision and Judgment, however, only the Adams Plaintiffs perfected their appeal by filing a statement of issues and designation of record on appeal. Accordingly, the only appellants in this Appeal are the Adams Plaintiffs.

ACTIVE/84914737.2